# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICKEY L. NEAL, ADC #070303**                                      **PLAINTIFF**

**V.**                      **NO. 5:17CV00211 JLH/BD**

**KELLY, et al.**                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Neal's retaliation claims are DISMISSED, without prejudice, and his request for injunctive relief (Document #5) is DENIED.

Neal may proceed with his access-to-the-courts claim against Defendant Kelly and his corrective-inaction claims against Defendants Branch, Wendy Kelly, and Andrews.

IT IS SO ORDERED this 12th day of October, 2017.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE