IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY L. NEAL,
ADC #070303                                                                PLAINTIFF

V.                    CASE NO. 5:17-CV-211-JLH-BD

TASHA KELLY, et al.                                                       DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Rickey Neal's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #19) is GRANTED. Neal's motion for summary judgment (#26) is DENIED. Neal's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

IT IS SO ORDERED this 28th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE