IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY L. NEAL,
ADC #070303                                    PLAINTIFF

V.                CASE NO. 5:17-CV-211-JLH-BD

TASHA KELLY, et al.                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

1